# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | 2: 05-cr-00385 |
| v. ) | |
| ) | |
| JELANI SOLOMON, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF COURT

Defendant, via letter, has sought the Court's assistance "with the Bureau of Prisons, obtaining credit for the time [he] spent in federal custody while on a writ to [this] court, commencing February 22, 2006, through January 19, 2010."

The Bureau of Prisons has the exclusive responsibility for calculating federal terms of imprisonment. *See United States v. Wilson*, 503 U.S. 329 (1992). If a prisoner wishes to challenge the calculation of a particular sentence, he may do so by filing a Petition for Writ of Habeas Corpus, pursuant to Title 28, United States Code, Section 2241, in the United States Court District Court which has personal jurisdiction over his immediate custodian. In this case, the prison warden at the United States Penitentiary (USP) in Terre Haute, Indiana is employed in the Southern District of Indiana. However, prior to seeking judicial relief, inmates are required to exhaust the administrative remedy process provided by the Administrative Remedy Program of the Bureau of Prisons. Attached for the information and guidance of Defendant is a copy of the Administrative Remedy Program.

Therefore, to the extent that the Defendant's letter represents a motion for relief by this Court, the motion is **DENIED** as the appropriate locus of his request would be the Southern

District of Indiana, and the appropriate avenue for the relief sought necessarily passes first through the Administrative Remedy Program of the Bureau of Prisons.

So **ORDERED** this 7th day of February, 2013.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Jelani Solomon
08820-068
U.S.P. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Laura Schleich Irwin,
Assistant U.S. Attorney
Email: Laura.Irwin@usdoj.gov

Troy Rivetti,
Assistant U.S. Attorney
Email: Troy.Rivetti@usdoj.gov

Stephen R. Kaufman,
Assistant U.S. Attorney
Email: Steve.Kaufman@usdoj.gov